# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

MICHAEL JOHNSON and
STRONG LIFE LLC,

      Plaintiffs,

v.                           **ORDER**
                          Civil File No. 19-1417 (MJD/ECW)

FRANCHOICE, INC. and
CHRIS CYNKAR,

      Defendants.

Based upon the Report and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated December 19, 2019, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated December 19, 2019 [Docket No. 46].

2. Defendants' Motion for Partial Dismissal Pursuant to Rule 12(b)(6) [Docket No. 11] is **GRANTED IN PART** and **DENIED IN PART** as follows:

1

a. Defendants' Motion is **GRANTED** as to Plaintiffs' claim under the Minnesota Franchise Act, and that claim is **DISMISSED WITHOUT PREJUDICE**; and

b. Defendants' Motion is **DENIED** as to Plaintiffs' claims under the New York Franchise Sales Act and the Michigan Franchise Investment Law.

Dated: January 16, 2020		s/ Michael J. Davis
				Michael J. Davis
				United States District Court